JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA 91403
Tel:  (818) 905 6611
Fax:  (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MARGARET GUNNESS VALLANDINGHAM<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER<br>OF SOCIAL SECURITY<br><br>    Defendant | CASE NO. CV 14-4847   RNB<br><br>[PROPOSED] ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA, 28 U.S.C. § 2412(d)<br><br>_____ |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys fees under EAJA,

IT IS HEREBY ORDERED

That   EAJA fees are awarded in the amount of   $4,000.00 , subject to the terms of the stipulation.

Dated <u>May 13, 2015</u>

_____
ROBERT N. BLOCK
U.S. Magistrate Judge